IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br><br>WELLS, JASON KILE<br>WELLS, AMY LYNN<br><br>                    Debtors. | Case No.  09-14726-SAH<br><br>Chapter 7 |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| **CLAIM NUMBER** | **CLAIMANT/ADDRESS** | **AMOUNT** |
|---|---|---|
| 000001A | American General<br>6800 NW 23rd Street<br>Bethany OK 73008 | $4.00 |
| 000003A | Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 200-W<br>Oklahoma City, OK 73102-7801 | 3.90 |

**TOTAL**                                                                                                                 **$7.90**


DATED: January 11, 2011

                                                      /s/ Robert A. Brown_____
                                                    ROBERT A. BROWN, Trustee
                                                    123 WEST 7TH AVENUE, SUITE 102
                                                    STILLWATER, OK  74074
                                                    405.377.8185
                                                    bob@bobbrownattorney.com

REMITTED TO COURT

**BANK OF AMERICA, N.A.**
CHECK NUMBER
3009

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 01/10/11 | ************7.90 |

**1876001**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-14726 | SAH | Debtor: WELLS, JASON KILE |
| | | ~~Joint Debtor: WELLS, AMY LYNN~~ |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Seven Dollars And 90/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊⑊003009⑊⑊ ⑊:111000012⑊: ⑊⑊1684⑊⑊

| Date: 01/10/11 | Check Number: 3009 | | Amount: | 7.90 |
|---|---|---|---|---|
| Case Number: 09-14726   SAH | | | | |
| Debtor Name: WELLS, JASON KILE | | | | |
| SSN: ███-██-8890 | | | | |
| Paid To: GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | | Trustee: ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | | |
| Description: REMITTED TO COURT | | | | |
| Bank Account Number: ████1684 | | | | |